AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
DEC - 5 2019
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-19-2967-M |
| JOSE CRUZ<br>YOB: 1971  USC | ) | |
| Defendant(s) | | |

SEALED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 5, 2019** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(b)(5);<br>18 USC 924(a)(1)(D) | as an employee, acting on behalf of a federal firearms licensee (FFL), did willfully sell and deliver a firearm to an individual and did not record in the FFL's records required to be kept by law pursuant to Title 18 United States Code, Section 923, the name, age and place of residence of the individual to whom the firearm was sold or delivered |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved AUSA Mike Mitchell
12/4/19

_Candace Garza_
Complainant's signature

Candace Garza, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: December 5, 2019
8:17 a.m.

_Peter Ormsby_
Judge's signature

City and state: McAllen, TX

Judge Peter E. Ormsby, U.S. Magistrate Judge
Printed name and title

## ATTACHMENT A

On or about February 20, 2019, while being an employee and acting on behalf of a Federal Firearms Licensee (FFL), located in McAllen, Texas, Jose CRUZ indicated to agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) that he understood the requirements of the firearms laws and regulations as a federal firearms licensee.

On or about November 13, 2019, agents with ATF conducted a consensual interview of Jose CRUZ, while still employed with the same FFL, in furtherance of an investigation that CRUZ was falsifying ATF Form 4473s.

During the interview, CRUZ admitted to falsifying an ATF Form 4473 Firearms Transaction Record dated November 05, 2019, while employed and on behalf of the FFL. CRUZ stating that he added an additional firearm to the ATF Form 4473 when in fact the individual did not purchase or request the firearm. Specifically, CRUZ admitted to falsifying the ATF Form 4473 by adding a Century Arms, model VSKA, 7.62x39mm caliber rifle, serial number SV7004071 to the individual's ATF Form 4473 when in fact CRUZ knew the individual did not purchase or request the AK-47 type rifle.

CRUZ separately and willfully sold and delivered the aforementioned firearm to another individual. CRUZ did not record in the FFL's records that are required to be kept by law pursuant to Title 18, United States Code, Section 923, the name, age and place of residence of the individual to whom he willfully sold and delivered the firearm to, in violation of Title 18, United States Code, Section 922(b)(5) and 924(a)(1)(D).