U.S. Department of Justice
Washington, D.C.
12/9/2019/rp

Criminal Docket

M-19-2967-M

McALLEN Division

CR. No. **M-20-0080**

**INDICTMENT** Filed: January 2, 2020

Judge: **RANDY CRANE**

County: Hidalgo
Lions #: **2019R32250**

UNITED STATES OF AMERICA

Attorneys:

RYAN K. PATRICK, UNIED STATES ATTORNEY

v.

LAURA GARCIA, ASST. U.S. ATTORNEY

JOSE CRUZ
Custody: 12/5/2019

Ct. 1&2       Richard Gould, FPD, (956) 630-2995

Charge(s):  Ct. 1:   Failure by Federally Licensed Dealer to Keep Proper Records
                     Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).
            Ct. 2:   Smuggling goods from the United States
                     Title 18, United States Code, Sections 554(a) and 2.

Total Counts
**(2)**

Penalty:    Ct. 1:   Imprisonment for not more than 5 yrs. and/or a fine not to exceed $250,000 and
                     not more than a 3 yr. SRT
            Ct. 2:   Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and
                     not more than a 3 yr. SRT

Agency:     Alcohol, Tabacco, Firearms, & explosives - Candance R. Garza - 782115-20-0008

Proceedings

Date