United States District Court
Southern District of Texas
**ENTERED**
September 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:20-CR-80 |
| | § | |
| JOSE CRUZ | § | |

## ORDER RESETTING SENTENCING

    IT IS HEREBY ORDERED that this matter (previously set for September 21, 2020) is hereby reset for sentencing on November 30, 2020, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

    SO ORDERED September 16, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge