# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 7:20–cr–00080

Jose Cruz

## Notice of Resetting

**A proceeding has been reset in this case as to Jose Cruz as set forth below.**

**BEFORE:**
**Judge Randy Crane**

**PLACE:**
by video

**DATE:** 11/30/2020

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date:   November 20, 2020                                David J. Bradley, Clerk