FCI Bastrop
Jose Cruz
06343579
~~Bastrop~~
P.O. Box 1010
Bastrop, TX, 78602


CLERK U.S. DISTRICT COURT
RECEIVED
JUN 30 2021
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

AUSTIN TX 787
RIO GRANDE DISTRICT
28 JUN 2021 PM 2 L



Bentsen Tower
District Clerck
1701 w. Business Hwy 83, Room 1011
McAllen, TX. 78501

78501-517861